# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KENNETH BROWN, JR.,

    Appellant

        v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF CORRECTIONS OF
COMMONWEALTH OF PENNSYLVANIA,

    Appellees

: No. 24 MAP 2022
:
: Appeal from the Order of the
: Commonwealth Court at
: No. 29 MD 2021, dated
: December 30, 2021
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                                  **DECIDED:  December 21, 2022**

     **AND NOW,** this 21st day of December, 2022, the order of the Commonwealth Court is **AFFIRMED**.